# EXHIBIT "B"



| | |
|---|---|
| 🔍 | montlick & associates  🎤 |

**ALL**  NEWS  MAPS  IMAGES  VIDEOS

---

**Georgia Car Injury Attorneys - Get All The Money You Deserve**  

`Ad` www.personalinjurycare.net/GeorigaCar/Att...

---

We Take Your Accident Injuries Personally. Don't Wait Call Today. No Hassle.
Available 24/7 · No Payment Until You Win

Do I have a case?            What can I expect?

What's my case worth?       Legal Resources

---

  Call (888) 824-1151

---

**montlick.com - Montlick & Associates - Atlanta Injury Attorneys**  

`Ad` www.montlick.com/

---

Trusted Since 1984 - Contact Us 24/7 For A Free Consultation Or Call Now!
Georgia Injury Lawyers · 24/7 Live Chat



🔒 google.com ⟳

montlick ✕ 🔍

**ALL**    NEWS    MAPS    IMAGES    VIDEOS    SHOPP

**GA Personal Injury Lawyer - Get The Money You Deserve Now - personalinjurycare.net** ⓘ
[Ad] www.personalinjurycare.net/injury/Attorney

Let Our Lawyers Fight For You! Free Consult. Speak To A Live Person 24/7 Call Us
100% Free Case Evaluation · Available 24/7
Types: Car Accident Lawyer, Personal Injury Lawyer, Tru...

📞   Call (844) 452-4600

**Call (855) 534-5734 - The Eichholz Law Firm** ⓘ
[Ad] www.thejusticelawyer.com/

Car Accident Injury? Call 24/7! Speak with a Lawyer Now to Get Paid

**Call (866) 568-9268 - Car Accident Lawyer** ⓘ
[Ad] www.caraccidenthelponline.com/

Need a Personal Injury Lawyer? We Fight For Your

‹    ›                  

 

# Google

montlick

ALL    NEWS    MAPS    IMAGES    VIDEOS

**Georgia Personal Injury Firm - We Take Your Injuries Personal** 
Ad www.personalinjurycare.net/

Get the money you deserve today! No hassle at all. Call today for compensation.
Call 24/7 · No risk · Only pay if you win

Settlement Calculator    What's my case worth?

Do I have a case?    Legal Resources

 Call (888) 824-1151

 **Call (855) 972-9368 - Thejusticelawyer.com** 
Ad www.thejusticelawyer.com/

The Eichholz Law Firm. Call 24/7. Justice & Compensation for Injuries

montlick.com - Montlick & Associates



🔒 google.com ↻



montlick attorneys ✕ 🔍

**ALL**     NEWS     MAPS     IMAGES     VIDEOS     SHOPP

---

📞  **Call (800) 529-6333 - Montlick & Associates** ⓘ
[Ad] www.montlick.com/

Atlanta Personal Injury Attorneys Trusted Since 1984. Call Us 24/7!

---

**GA Personal Injury Lawyer - Get The Money You** ⓘ
**Deserve Now - personalinjurycare.net**
[Ad] www.personalinjurycare.net/

Let Our Lawyers Fight For You! Free Consult. Speak To A Live Person 24/7 Call Us
No Payment Until You Win · 100% Free Case Evaluation
Types: Car Accident Lawyer, Personal Injury Lawyer, Tru...

---

📞  Call (844) 452-4600

---

**Personal Injury Attorneys GA - Local & Trusted** ⓘ
**Law Firm - finchmccranie.com**
[Ad] www.finchmccranie.com/

Experienced Attorney To Claim For Your Injury. Get Free

●●●○○ Verizon 🔎 VPN  11:03 AM  🔋 100% ▮

🔒 google.com  ↻

| montlick and associates | ✕ | 🔍 |

**ALL**   MAPS   NEWS   VIDEOS   IMAGES   SHOPP

**Best Personal Injury Attorney. - Call for Free Injury Consult - rothlawyer.com** ⓘ
Ad www.rothlawyer.com/

If you've been Personally Injured in an Accident, don't Settle for less money.

Free Consultation               Motorcycle Accidents

Car Accident Attorney          Truck Accident Attorney

**Injured in an Accident? - We Will Fight For You. Call Us - personalinjurycare.net** ⓘ
Ad www.personalinjurycare.net/

Get The Money You Deserve! Phones Answered 24/7 With Live Person. Free Consult.
No Payment Until You Win · Available 24/7
Types: Car Accident Lawyer, Personal Injury Lawyer, Tru...

**Montlick & Associates - Atlanta Personal Injury Lawyer - montlick.com** ⓘ
Ad www.montlick.com/injury/lawyer

Over $1 Billion Recovered Since 1984 - Call Now For A

‹  ›        ⬆️    📖    🗂️

 montlick & associates 

## Montlick & Associates - Atlanta Personal Injury Lawyer - montlick.com
Ad · www.montlick.com/injury/lawyer

Over $1 Billion Recovered Since 1984 - Call Now For A Free Consultation!

Contact Us 24/7          Personal Injury Cases

Workers' Compensation   Auto & Truck Accidents

📞  Call (800) 529-6333

💬  Have Questions? Text Us!

📍  12 mi · Atlanta · Executive Park Dr NE

## Georgia Personal Attorney Firm - Get The Money You Deserve Now
Ad · www.personalinjurycare.net/Injury/Attorney

Let Our Lawyers Fight For You! Free Consult.
Speak To A Live Person 24/7 Call Us
No Payment Until You Win · Available 24/7

📞  Call (888) 824-1151

 montlick & associates 

## Montlick & Associates - Atlanta Personal Injury Lawyer
Ad · www.montlick.com/injury/lawyer

Over $1 Billion Recovered Since 1984 - Call Now For A Free Consultation!

Contact Us 24/7

Auto & Truck Accidents

Workers' Compensation

Personal Injury Cases

  Call (800) 529-6333

  Have Questions? Text Us!

## Injured in an Accident? - We Will Fight For You. Call Us - personalinjurycare.net
Ad · www.personalinjurycare.net/accident/lawyer

Get The Money You Deserve! Phones Answered 24/7 With Live Person. Free Consult. 100% Free Case Evaluation · Available 24/7

🔒 google.com    ↻



| david montlick | ✕ | 🔍 |

**ALL**   NEWS   IMAGES   VIDEOS   MAPS   SHOPP

---

**GA Personal Injury Lawyer - Get The Money You Deserve Now - personalinjurycare.net** ⓘ
[Ad] www.personalinjurycare.net/injury/Attorney

---

Let Our Lawyers Fight For You! Free Consult. Speak To A Live Person 24/7 Call Us
Types: Car Accident Lawyer, Personal Injury Lawyer, Tru...

---

 Call (844) 452-4600

---

 **Call (866) 568-9268 - Car Accident Lawyer** ⓘ
[Ad] www.caraccidenthelponline.com/

---

Car Accident Injury? Call 24/7! Speak With a Lawyer Now to Get Paid

---

 **Call (855) 534-5734 - The Eichholz Law Firm** ⓘ
[Ad] www.thejusticelawyer.com/

---

Car Accident Injury? Call 24/7! Speak with a Lawyer Now to Get Paid

