# EXHIBIT "E"

**Text Message**
**Yesterday** 2:31 PM

Fwd: Please sign our form located here:

**Personal Injury Care Form**
forms.personalinjurycare.net



# Please Sign These Documents:

**CLIENT INTAKE FORM**

**Do you agree to sign electronic documents? ***

○ Yes

○ No

**FIRST NAME ***

**LAST NAME ***

**DATE OF BIRTH**

**SOCIAL SECURITY NUMBER**

**Street Address**

**City**

**State**

**Zip Code**

**EMAIL ADDRESS**

**PRIMARY PHONE NUMBER**

## INFORMATION ABOUT THE INCIDENT

**Date of the incident**

11/30/2016

**What County?**

Carroll

**What police department?**

Georgia State Patrol

**Who was at fault, and what can you tell us about their insurance carrier?**

Following too close/ Will Provide

**When did you first receive medical treatment for your injuries?**

12/02/2016

**Are you covered by health insurance?**

○ Yes

◉ No

**Are you covered by Medicare?**

○ Yes

○ No

**Please describe your incident and injuries**

PC was in stop and go traffic when the adverse driver rear ended the PC.
PC is suffering with neck and back pain. Right shoulder has pain and PC has been having major headaches ever since the accident. PC will be going to the ER tonight or tomorrow morning.
PR#: Will Provide

**If an auto accident, how much damage to your vehicle?**

Possible frame damage, bumper needs to be replace. Dar

**Was vehicle towed?**

Yes

## AFFIDAVIT

Pursuant to O.C.G.A. 33-3-28 I am making a written request to receive your insured's limits of coverage applicable to my bodily injury claim.

FURTHER AFFIANT SAYETH NOT.

**Sign Here**

AFFIDAVIT SIGNATURE

Sworn and subscribed before me this day of

**Notary Date**

_____
Notary Public

My Commission Expires _____

## HIPAA COMPLIANT AUTHORIZATION FORM

At the request of the undersigned, you are hereby authorized, requested and directed to disclose protected health information about me as described below for the purpose of legal representation on my behalf:

1. The following specific person or class of persons or facility is authorized to make the requested disclosure: and any and all medical doctors, hospitals, emergency treatment centers, private health care facilities, chiropractors, physical therapists, or any other persons or facilities who have provided any health related treatment, diagnostic testing, or test analysis on behalf of the undersigned or who maintain any documentation pertaining to the physical and/or mental condition of the undersigned.

2. The following person or class of persons may receive disclosure of protected health information about me:Monge & Associates, the Accident Attorneys of Monge &Associates, or any of their agents and employees.

3. The specific information that should be disclosed is: entire billing record, account balances, and documentation pertaining to the physical and mental condition of the undersigned, including patient history, examination, diagnosis, treatment, prognosis, opinion, x-ray, and entire medical record for the following treatment dates: . I understand that this disclosure may include psychiatric, drug/alcohol, and/or HIV testing results, and/or AIDS related information. You are further authorized, requested and directed to discuss any relevant knowledge you may have related to any of the above-referenced information with Monge & Associates, its agents and employees.

4. I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by federal privacy regulations.

5. I may revoke this authorization by notifying Monge & Associates in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. This authorization expires upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me: This authorization shall remain in force and effect regardless of the lapse of time for as long as I retain the legal services of Monge & Associates and until such time

as there is a settlement of all claims or dismissal of a future legal action. Any copy of this Authorization shall have the same force and effect as the original.

7. Because the information that you have acquired relating to my condition is confidential, you are requested not to furnish any such information in any form to anyone other than my Attorney without written authorization from me or upon being served with legal process or subpoena showing on its face that copies have been served upon my Attorney. It is further requested that you not engage in any ex parte conference with anyone, other than myself or my attorney, unless my attorney is present.

8. This authorization and/or request to release information from my protected health information (PHI) is fully understood and is made voluntarily on my part and includes faxing of my PHI.

**This Day Of**

12/08/2016

**Sign Here**

**Patient**

Stephen Ludy

**Date of Birth**

**Social Security Number**

# **PERSONAL INJURY CONTRACT**

I employ the Accident Attorneys of Monge & Associates to represent me on my personal injury case related to an incident which occurred on or about the date of

**Date of incident**

11/30/2016

Legal fees for recovery related to injury and death shall be handled on a contingency fee basis and shall be a percentage of the Client's total recovery as follows:

33 1/3% If settled without lawsuit

40% If lawsuit filed

Medical bills incurred are the exclusive obligation of the client, and are not deducted from the attorney's fees as reflected above, including any medical payment coverage benefits in an uninsured motorist settlement where the total settlement amount deducts medical payments paid to or on behalf of medical providers.

I understand and agree that my attorney has my permission to advance funds to pay my case expenses at rate of 1.5% interest monthly in pursuing this case and further, that he may pay at settlement all unpaid medical bills to any medical provider/facility with a lien authorizing said payment out of my portion of the recovery. Client authorizes Firm to charge a flat fee of $150.00 for copying, faxing and postage charges.

I hereby give my attorney a power of attorney to sign my name, initials and execute documents on my behalf as necessary to this representation including settlement checks, releases, authorizations or other documents. This employment is upon a contingency fee basis, and if no recovery is made, I will not owe any legal fees or expenses. I agree that my attorneys may associate other attorneys and/or law firms to join in representing me in this case without any further writing and such attorney shall be entitled to share in the fee set forth above. I understand the scope of representation is for my personal injury case only and does not include representation for workers' compensation, products liability or any other matter not related to my personal injury case.

In the event the Client elects to terminate legal representation, Client agrees Firm shall be reimbursed for expenses paid by Firm on behalf of Client and paid 40% of highest settlement offer, judgment, verdict or award obtained by Firm, whether or not a suit is filed. The parties hereto acknowledge and agree that the Firm shall retain the right to terminate its relationship with Client at any time should it appear, in Firm's discretion, the cost of pursuing the case outweighs the likelihood of a meaningful recovery. Should this situation happen the Client consents to allow any Attorney from the Firm to withdraw from legal representation or in the alternative consents to filing of a voluntary dismissal in Client's civil action. Client grants the Firm a lien on any causes of action that are subject of the Firm's representation.

**AGREED TO THIS DAY OF**

12/08/2016

**Sign Here**

Attorney: ACCIDENT ATTORNEYS OF MONGE ASSOCIATES

# INSTRUCTIONS TO CLIENT

**DO NOT TALK TO ANYONE UNTIL YOU TALK TO OUR LAW FIRM FIRST:** Do not talk to anyone about your case except us. You are required to talk to your own insurance company, but we can be present when you do.

**POLICE/INCIDENT REPORT AND WITNESSES:** If you have a police or incident report, please get it to us. If you know of any witnesses to the accident/incident, please furnish their names, addresses, and telephone numbers.

**LOST WAGES:** Make sure that we have the names and addresses of all places from which you lost wages and request your doctor write work excuses for any time you missed work. Please keep an accurate record of all time lost from work because of your injuries.

**DOCTOR VISITS:** You should return to each of your doctors as often as necessary and be sure to tell them in detail all of your complaints. Make sure we are advised of all doctors who treat you.

**DRUG, HOSPITAL, AND MEDICAL BILLS:** Send us all your medical, hospital, and drug bills.

**PHYSICAL EVIDENCE:** If you injury requires a cast, brace, traction, or other appliance, save it. We may need them later for evidence.

**COURT:** Please advise us to the date, place and time of any court hearings of which you receive notice, and the results thereof.

**PHOTOGRAPHS:** Send us photographs of any physical visible injuries, evidence, and damage to vehicles.

**HOSPITAL AND DOCTOR BILLS:** All hospital and doctor bills will ultimately be submitted to the at fault insurance carrier. Meanwhile, if you have health insurance or any other insurance covering your bills should be submitted to such coverage while your case is pending.

**CONTACT US IF YOU HAVE QUESTIONS:** If you have any questions regarding these instructions or any matters in regard to your case contact us.

**CURRENT PHONE NUMBER, EMAIL AND ADDRESS:** Be sure to keep me advised of any change in your address, email or telephone number.

# Termination of Prior Representation

**From:**

_____
_____
_____

**To:**

_____
_____
_____

**Re:** My Motor Vehicle Accident Case, Date of Accident _____

I no longer need your services. At this time, I am exercising my right to terminate your services as my Motor Vehicle Accident attorney. Please forward my file to me at the a ddress above at your earliest convenience.

**Signature**

**Date**

Submit

© 2016 Personal Injury Care Form.