# EXHIBIT "F"



# Google

**ken nugent lawyer**

**ALL** | NEWS | MAPS | IMAGES | VIDEOS

---

📞 **Call (404) 620-3535 - Because You Want To Win**
[Ad] www.mongeandassociates.com/

Call Now! We're Open 24/7. We've Won Millions For Our Clients.

---

**GA Personal Injury Lawyer - Get The Money You Deserve Now**
[Ad] www.personalinjurycare.net/injury/Attorney

Let Our Lawyers Fight For You! Free Consult. Speak To A Live Person 24/7 Call Us

📞 Call (844) 452-4600

---

**In Pain? Call Gary Martin Hays - Award Winning Injury Lawyer**
[Ad] www.garymartinhays.com/AwardWinning/L...

Hurt? Wreck? Former Insurance Lawyer Feels Your

gary martin hays

**Call (404) 620-3535 - Because You Want To Win**
[Ad] www.mongeandassociates.com/

Need Help? Get Free Legal Advice. Talk To An Accident Lawyer Now.

**garymartinhays.com - Lawyer Gary Martin Hays - Hurt in a car wreck? At Work?**
[Ad] www.garymartinhays.com/

Former insurance lawyer now only represents injured consumers. Call right now.
No Obligations · Free Consultation · Offical Site
Practice Areas: Car Accident, Truck Accident...

Call (770) 934-8000

2.2 mi · Atlanta · Peachtree St NE

**Georgia Personal Attorney Firm - Get The Money You Deserve Now**
[Ad] www.personalinjurycare.net/Injury/Attorney

Let Our Lawyers Fight For You! Free Consult. Speak To A Live Person 24/7 Call Us