# EXHIBIT "G"















Medical Malpractice

# Morgan & Morgan

 Did you know the insurance training manual for insurance adjuster says that people who use a lawyer get 2 to 3 times more money than people who do not.

 Did you know our lawyer can send your doctor a letter of protection so that there's no out-of-pocket expense to you for receiving medical care.

Did you know we are the only company in the United States can get your agreement to you via text so that we can start working on your case right now.

Morgan & Morgan - Personal Injury Care



 Did you know that just because you hire a lawyer does not mean you're filing a lawsuit in fact, 95% of these cases we settle without ever filing a lawsuit.

# Call 888-824-1151 now we can start on you're case right away!



100% FREE ACCIDENT CLAIM EVALUATIONS

100% CONFIDENTIAL INITIAL CONSULTATION

ACCESS TO A LOCAL ATTORNEY

http://www.personalinjurycare.net/morgan-and-morgan/[4/3/2017 2:59:33 PM]

Do I need to hire a lawyer?                                                                 +

How much time do I have to file a claim?                                                    +

Is there really no cost to file?                                                            +

## Contact Us

888-824-1151

**Name** *

**Email** *

**Phone**

**Zip Code**

**Have you or will you be willing to seek medical help?**

☐ Yes

☐ No

**If injured by a vehicle were you or the other party at fault?**

☐ Other Party

☐ Me

**Details**

Give us any details about your incident.

© 2017 PersonalInjuryCare.net All Rights Reserved  Agent Login · · BLOG