# EXHIBIT "H"

 atlanta injury lawyers

Until We Win. Call Now!

Call (404) 733-1166 - Dixon Injury Law Firm

Ad www.dixoninjuryattorney.com/Consult

Atlanta Personal Injury Lawyer. No Fee Unless We Win. Call Now!

Atlanta Personal Injury Lawyer - Millions Of Dollars Recovered

Ad www.schneiderhammers.com/

In Top 100 Trial Lawyers & Super Lawyers. Call Today For A Free Consultation!

GA Personal Injury Lawyer - Get The Money You Deserve Now

Ad www.personalinjurycare.net/injury/Attorney

Let Our Lawyers Fight For You! Free Consult. Speak To A Live Person 24/7 Call Us Available 24/7 · No Payment Until You Win

Kalka & Baer LLC, Auto Accident Injury Lawyers

Stokes & Kopitsky, PA

SpyFu

**You can trace every piece of information you see on SpyFu back to its source using our cache.**
This page was obtained on **01/05/2017 at 9PM** by SpyFu while searching for the term **" accident lawyer atlanta "**

Do you have ad blocker turned on? It could be hiding the ads that appeared on this page.

Once you turn it off, simply refresh this page for an accurate view.

<< Older Newer >> Page 2

---

Google accident lawyer atlanta

All Images Videos News Shopping Maps Books

Any time
Past hour
Past 24 hours
Past week
Past month
Past year

All results
Verbatim

About 1,790,000 results

Car Accidents Law Firm
Ad **www.attorneybigalatlanta.com/** (678) 701-4806
Over 15,000 Cases & $150 Million Won For Our Clients. Free Consults.
Highlights: Personalized Attention To Every Case, Free Confidential Consultation&
Contact Us - Free Consultation

Law office - Personal **Injury Attorney** - personal**injury**care.net
Ad www.personal**injury**care.net/ (877) 711-9585
Free Consultation Get the Money you deserve
Only pay if you win ? Call 24/7 ? No risk
Settlement Calculator - Do I have a case? - What's my case worth? - Legal Resources

**Atlanta Car Crash Lawyer** - Get a free case evaluation now
Ad www.jamesponton.com/car-**accident/lawyer** (404) 219-0473
Injured as result of a car **accident**? Call our Georgia car **accident lawyer**
Contact Us - About James Ponton - What We Have Done

Finkelstein & Partners - No Fee Unless We Win. Call Now
Ad www.lawampm.com/**Accident/Lawyers**
Winning **Injury** Lawsuits Since 1959. Speak To A **Lawyer** 24/7. Free Consultations.
See Your Case File Online ? Trusted For 50+ Years ? We Will Come To You 24/7
A Unique Law Firm - Client Testimonials - The Injury Attorneys

Morgan & Morgan
4.2 ★★★★ < review-stars/> (207) ? Personal Injury Attorney
Atlanta, GA? (404) 965-8811
Open 24 hours

MORE INFO

Sammons & Carpenter, P.C.

SpyFu

**You can trace every piece of information you see on SpyFu back to its source using our cache.**
This page was obtained on **01/07/2017 at 9PM** by SpyFu while searching for the term " **injury attorneys atlanta** "

Do you have ad blocker turned on? It could be hiding the ads that appeared on this page.

Once you turn it off, simply refresh this page for an accurate view.

<< Older Newer >> Page 2

---

Google injury attorneys atlanta

All Images Videos News Shopping Maps Books

Any time
Past hour
Past 24 hours
Past week
Past month
Past year

All results
Verbatim

About 1,250,000 results

**Injury Attorney Atlanta - We fight for your rights - chancolaw.com**
Ad www.chancolaw.com/Personal-Injury
Call Douglas B. Chanco now!
Testimonials Free Case Evaluation
Firm Overview

**Work Injury Lawyers In Atlanta - Discover What You Deserve**
Ad www.sadowworkerscomplaw.com/Injury/Attorneys
Give Us A Phone Call Today. We Can Help Ensure Your Rights Are Protected!
$90million in settlements ? 30 years of experience
Highlights: Free Initial Consultation, Experienced And Dedicated Team&
Contact Our Office - Hip Injuries - Injuries We Handle - Neck and Back Injuries - Blog
400 Galleria Pkwy SE, Marietta, GA

**Law office - Personal Injury Attorney - personalinjurycare.net**
Ad www.personalinjurycare.net/
Free Consultation Get the Money you deserve
Only pay if you win ? No risk ? Call 24/7
Settlement Calculator - Do I have a case? - What's my case worth? - Legal Resources

Morgan & Morgan
4.2 ★★★★< review-stars/> (206) ? Personal Injury Attorney
Atlanta, GA? (404) 965-8811
Open 24 hours
MORE INFO

Kalka & Baer LLC, Auto Accident Injury Lawyers
5.0 ★★★★★< review-stars/> (109) ? Personal Injury Attorney
Atlanta, GA? (404) 835-8072
Closed now
MORE INFO