# EXHIBIT "I"

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Atlantic Station / 201 17th Street, NW / Suite 1700 / Atlanta, GA 30363
Tel: 404.322.6000  Fax: 404.322.6050
www.nelsonmullins.com

Mark S. VanderBroek
Tel: 404.322.6675
mark.vanderbroek@nelsonmullins.com

January 23, 2017

**Via Email and Federal Express**

Exclusive Legal Marketing, Inc.
c/o Cody Bryant, CEO
c/o Coety Bryant, Registered Agent
5601 Granite Parkway #890
Plano, Texas 75024

    Re:    Infringement of Montlick & Associates' Trademarks and other deceptive and misleading conduct

Dear Mr. Bryant:

    I and this firm represent Montlick & Associates, P.C. ("Montlick & Associates" or "Montlick") in protecting its intellectual property rights, including rights in its MONTLICK and MONTLICK & ASSOCIATES trademarks (the "MONTLICK Marks"). I write to demand that you, Exclusive Legal Marketing, Inc. ("ELM"), and anyone else involved in operation of the website and other business operations associated with www.personalinjurycare.net cease and desist from purchasing and using the MONTLICK Marks (or any variation thereof including the word "Montlick") as search engine advertising keywords, and from engaging in any other deceptive and misleading conduct and advertising practices intended to misdirect clients or potential clients seeking to contact Montlick & Associates into contacting personalinjurycare.net instead. Your conduct has caused and is continuing to cause confusion and deception of the public and irreparable harm to Montlick & Associates.

    A.  **Montlick & Associates and Its MONTLICK Marks.**

    Since its inception more than 30 years ago in 1984, Montlick & Associates has built a reputation of providing high quality, professional legal representation to injured persons and their families in the Atlanta metropolitan area and the state of Georgia. Since 1996, Montlick & Associates has consistently and continuously used the MONTLICK Marks to identify, market, advertise, and promote its law firm and the legal services that it provides. To protect its MONTLICK Marks, Montlick has obtained federal service mark registrations for both the MONTLICK Mark, Registration No. 3957785, and the MONTLICK & ASSOCIATES Mark, Registration No. 2658511.

Cody Bryant
January 23, 2017
Page 2

  Montlick & Associates engages in extensive advertising and promotion of its legal services and public service programs. Montlick spends millions of dollars a year on advertising and marketing campaigns that include television advertising, public service and community service announcements, informational television news segments, informational videos, outdoor billboards, magazines, radio, its website, social media sites, and Internet advertising, all done under the MONTLICK Marks. As a result of its longstanding use and extensive promotion of the MONTLICK Marks, Montlick has developed substantial goodwill and reputation in the Marks, which it is vigilant in protecting.

  **B. ELM's Infringing Use of the MONTLICK Marks as Search Engine Advertising Keywords to Divert Consumers Seeking to Contact Montlick into Contacting personalinjurycare.net, and Other Deceptive Conduct.**

  ELM promotes itself as a "marketing agency" for attorneys that provides lawyers and law firms with services in the areas of website development, pay per click advertising, search engine optimization, and call center operations. Montlick recently learned that ELM was the registrant of the domain name <personalinjurycare.net> (prior to that domain name being placed behind a proxy registration),[1] and has created and/or is involved in operating the lawyer referral website located at www.personalinjurycare.net, and other business operations associated with that website and with the referral of personal injury cases through that site and through a call center associated with that site.

  Montlick also recently discovered that ELM, and others involved with personalinjurycare.net (including Scott Monge and Monge & Associates), are engaged in a scheme and pattern of false, deceptive, and misleading conduct intended to free ride on the goodwill and reputation of Montlick and the MONTLICK Marks and to deceptively induce client prospects seeking to contact Montlick into contacting personalinjurycare.net and engaging lawyers referred through that site instead.

  Montlick's investigation has revealed that for many months, routine Google searches for "Montlick" and "Montlick & Associates", and similar variations (e.g., "Montlick Associates"), on mobile phones and computers have resulted in search results that virtually always include an advertising link for personalinjurycare.net, often as the first search result. These advertisements begin with a large caption referencing a phrase such as "Georgia Personal Injury Firm" or "Georgia Car Injury Attorneys," and include a link to the home page of the www.personalinjurycare.net website and the phone number (888) 824-1151. On mobile phones,

---

[1] Before learning of ELM's involvement with personalinjurycare.net, our firm sent a letter on November 17, 2016 to Domains by Proxy, the privacy service through which the personalinjurycare.net domain name is registered, demanding that the operator of personalinjurycare.net cease and desist from purchasing the MONTLICK Marks as keywords used to divert persons searching for Montlick to personalinjurycare.net. This letter presumably was forwarded to you, but ignored.

Cody Bryant
January 23, 2017
Page 3

the resulting ad link usually includes a one-touch call button that reads "Call (888) 824-1151." An example of such a search result is provided below:



Pushing the "Call (888) 824-1151" link on the search result automatically connects the user by phone to a call center operated by personalinjurycare.net. These calls are answered by intake personnel who intentionally do not identify the name of any firm or lawyer when they answer the phone, to continue the ruse of having the caller believe that he or she has contacted Montlick. Instead, they answer with a generic greeting such as "personal injury office."

If the person who searched Google for Montlick pushes the caption of the personalinjurycare.net advertisement instead of the link to the phone number, they are diverted to the home page of the personalinjurycare.net website. The top of that home page includes a large one-touch link stating "888-824-1151 Click to call," as is illustrated below. Pushing that link also automatically connects the user by phone to the personalinjurycare.net call center, which is answered in the same manner.

Cody Bryant
January 23, 2017
Page 4



  Once a consumer trying to reach Montlick & Associates is misleadingly diverted into calling personalinjurycare.net, the intake person at the call center goes out of his or her way to avoid mentioning the name of any lawyer or firm while they gather information about the consumer's accident or injury and where the consumer lives. Only after that will the intake person sometimes identify that they are working on behalf of a firm such as Monge & Associates, which is the firm to whom personalinjurycare.net refers Georgia cases.

  After speaking with prospective clients on the phone, the intake personnel at personalinjurycare.net (and at Monge & Associates) send client contracts to those prospects by text messages shown as coming from "personalinjurycare.net" that do not identify any firm or lawyer name, and ask the prospects to accept the contract by clicking on the signature block on their phones. Furthermore, the proposed contracts that are sent do not identify Monge & Associates or any firm name on the front page of the contract or in any prominent place or manner, but only in the fine print of the contract terms themselves. Given the inherent difficulty in reviewing a document like a contract on a cell phone, the failure to prominently identify a law firm name in the text or contract itself contributes to the deception to the consumer. In this manner, personalinjurycare.net seeks to wrongfully induce prospective clients trying to reach Montlick into engaging Monge & Associates or other firms to whom it refers cases, without clearly identifying the firm which is being engaged. Montlick is aware of members of the public and its own clients who have been actually deceived in this fashion.

  In short, ELM and others involved in personalinjurycare.net are purchasing and using Montlick & Associates' MONTLICK Marks as Google search engine advertising keywords, and using them to display misleading advertisements for personalinjurycare.net. This is done with the intent and effect of confusing and misdirecting clients and prospective clients looking for Montlick into inadvertently contacting personalinjurycare.net, and with the further intent of deceptively referring them to other law firms such as Monge & Associates. The purchase and use of MONTLICK marks as keywords can only be to take advantage of Montlick's extensive

advertising investment, to free ride on Montlick's goodwill and reputation, and to cause confusion that will lure consumers to personalinjurycare.net when they search for Montlick.

In addition, the content of personalinjurycare.net's advertisements that are displayed in response to Google searches of the MONTLICK Marks do not identify any lawyer or law firm, and thus leave consumers unable to discern its source. Since the consumer has searched for "Montlick & Associates", it is reasonable, if not inevitable, that he or she will believe that personalinjurycare.net is associated with Montlick and that the ad link contains the phone number for Montlick & Associates.

ELM's use of the MONTLICK Marks in this manner is not only likely to cause confusion of the public, it clearly is intended to cause and has caused actual confusion of and deception of the public. Recently, a Georgia District Court recognized that a claim for trademark infringement based on initial interest confusion "can be brought under the Lanham Act if the defendant purchases Plaintiff's trademark as a search engine keyword to divert users to the defendant's website." *EarthCam, Inc. v. OxBlue Corp.*, 49 F. Supp. 3d 1210, 1241 (N.D. Ga. 2014). That court noted that the factors relevant to analyze whether there is a likelihood of confusion in this situation are "(1) the strength of the mark, (2) the evidence of actual confusion, (3) the type of goods and degree of care likely to be exercised by the purchaser, and (4) the labeling and appearance of the advertisements and the surrounding context of the screen displaying the results page." *Id.*

Here, application of these factors clearly shows a likelihood of confusion of the public. First, the MONTLICK Marks are strong, as they are registered and have been extensively marketed for twenty years. Second, the labeling and appearance of the personalinjurycare.net ad links appearing in response to Google searches for Montlick, and the surrounding context of the screen displaying the results page, is almost certain to cause confusion, because (a) the ad link often comes up as the first search result; (b) the ad link does not identify the name of any lawyer or law firm, and thus leave consumers unable to discern its source; and (c) pushing the "Call" button in the ad link or in the personalinjurycare.net website automatically diverts the call to a number answered by personalinjurycare.net intake personnel who do not identify any firm or lawyer name when they answer the phone. Under these circumstances, it is inevitable that many of these users will push the phone number believing that they are calling Montlick & Associates. The subsequent diversion of these potential clients, who in many cases are likely to be unsophisticated in making legal services purchasing decisions, is being accomplished by creating a likelihood of confusion, which is the touchstone for a claim for trademark infringement.

At least one court has found that a law firm's mere purchase of a competing law firm's trademark as a search engine advertising keyword amounts to trademark infringement, false advertising, and unfair trade practices. *Binder v. Disability Group Inc.*, 97 USPQ2d 1629 (C.D. Cal 2011). The pattern of ELM's conduct is substantially more deceptive and misleading than was the conduct of the defendant law firm in *Binder*.

Cody Bryant
January 23, 2017
Page 6

In sum, ELM's use of the MONTLICK Marks as search engine advertising keywords to display misleading advertisements and to misdirect and divert persons searching for Montlick to personalinjurycare.net, and ultimately to attorneys such as Monge & Associates, amounts to trademark infringement and false designation of origin in violation of the Lanham Act, 15 U.S.C. § 1114 and 1125(a), and of state trademark law. This misconduct entitles Montlick to obtain preliminary and permanent injunctive relief, and to recover damages, a disgorgement of the profits of ELM and its referral attorneys resulting from this scheme, treble damages, and recovery of reasonable attorneys fees. *See* 15 U.S.C. §§ 1116, 1117.

In addition to creating a likelihood of confusion and harming the goodwill and reputation of my client and its Marks, ELM's high volume purchasing and use of the MONTLICK Marks as search engine keywords is also causing additional financial harm to Montlick. It is significantly bidding up the price Montlick has to pay to purchase its own Marks as keywords so that the Montlick & Associate website is prominently displayed in ad search results when persons search for Montlick on Google.

The misconduct underlying ELM's scheme to deceptively misdirect and purloin clients and client prospects from Montlick & Associates goes beyond trademark infringement. Once client prospects seeking to contact Montlick & Associates are misdirected through the infringement of the MONTLICK Marks into contacting personalinjurycare.net instead, you, Monge & Associates, and others connected with personalinjurycare.net have trained staff to engage in a number of deceptive and misleading practices intended to wrongfully induce them to engage Monge & Associates (or other firms). These improper tactics include: (1) avoiding or delaying identifying a firm or lawyer name in phone calls so as to continue the ruse of having the caller believe he or she has contacted Montlick; (2) sending client contracts to prospects through text messages that display as coming from personalinjurycare.net and don't identify a lawyer or firm name, and that can be accepted by merely clicking on the text or contract; and (3) sending client contracts that don't identify a lawyer or firm name on the first page of the contract or in any conspicuous manner

In addition to amounting to an infringement of the MONTLICK Marks, this conduct also amounts to unfair, misleading, and deceptive trade practices in violation of the Georgia Deceptive and Unfair Trade Practices Act, O.C.G.A. § 10-1-370 *et seq.* and the common law. These claims also will entitle Montlick & Associates to obtain a variety of relief to protect the public and compensate Montlick, including preliminary and permanent injunctive relief, damages, a disgorgement of ELM's and its referral attorneys' profits, punitive damages, and recovery of attorneys' fees.

Montlick is also aware that Montlick & Associates is not the only personal injury law firm in Georgia and the Southeast that has been targeted for these unlawful actions by ELM and others involved in operating personalinjurycare.net.

Montlick & Associates has worked for years to build its good name and reputation in the field of personal injury law, and its goodwill and reputation in its MONTLICK Marks. It will

Cody Bryant
January 23, 2017
Page 7

not tolerate ELM's pattern of intentional false, deceptive and misleading conduct designed to free ride on Montlick's reputation and the goodwill of the MONTLICK Marks, and to confuse the public and deceptively intercept and steal Montlick's clients and client prospects.

Accordingly, on behalf of Montlick & Associates, I demand that ELM and others involved with the operation of personalinjurycare.net immediately cease and forever desist from their offending conduct, including by:

(1) Ceasing all purchase and use of the MONTLICK Marks, or any variation thereof that includes the term "Montlick," as a search term advertising keyword used to generate sponsored advertising links for personalinjurycare.net when people search the Internet, either from their desk top or a mobile device, for MONTLICK Marks or variations;

(2) Ceasing all other uses of the MONTLICK Marks, or any variation thereof that includes the term "Montlick," as a metatag or in any other manner to generate or optimize search results that include personalinjurycare.net's website or phone number when Internet users search on MONTLICK Marks or variations thereof; and

(3) Ceasing all solicitation of or communications with clients or prospective clients of Montlick & Associates, or of any other persons that ELM or others involved with personalinjurycare.net have reason to know may be trying to contact Montlick & Associates;

(4) Clearly and conspicuously identifying the lawyers or law firms that personalinjurycare.net is working with or referring cases to in its communications with potential clients or other persons, including (a) on client contracts sent to potential clients; and (b) in text messages, emails, and other written communications sent to prospective clients; and

(5) Ceasing any and all other conduct which has the intent or effect of causing a person seeking to contact Montlick to instead contact personalinjurycare.net, or of creating any other likelihood of confusion as to any affiliation with or relationship between Montlick & Associates and either personalinjurycare.net, Monge & Associates, or any other person associated with or who is referred cases from personalinjurycare.net, and any and all other false, deceptive, and misleading conduct directed towards Montlick & Associates or potential clients or other persons seeking to contact Montlick & Associates.

Montlick & Associates further demands that ELM:

(1) identify all persons (including but not limited to Monge & Associates) involved in the operation of personalinjurycare.net and its associated call center(s) and in related

Cody Bryant
January 23, 2017
Page 8

    search engine advertising, and the relationship and scope of involvement of those participants;

(2) identify the scope and duration of ELM's relationship with Monge & Associates, including the extent to which ELM provides services to Monge & Associates in connection with domain name registrations, search engine advertising or optimization, call center services, or other marketing services;

(3) identify any lawyers or law firms other than Monge & Associates (if any) to whom personalinjurycare.net refers potential callers who live in or were involved in accidents in Georgia and the southeast, and the duration of those relationships; and

(4) provide Montlick with information and documents sufficient to identify the extent and length of time during which it and others associated with the operation of personalinjurycare.net have been purchasing the MONTLICK Marks, and variations thereof including the term "Montlick," as keyword search terms for pay-per-click advertising for personalinjurycare.net. These documents should include reports and documents sufficient to identify the number of times that the personalinjurycare.net ad link came up in search results for MONTLICK Marks (and variations thereof), and the number of times that persons clicked on those links or phone numbers on those links. This will be necessary to allow Montlick to evaluate the appropriate compensation that ELM and its Georgia referral firms, including Monge & Associates, should pay to Montlick to compensate Montlick for its damages resulting from this scheme and for ELM's and its referral firm's unjust enrichment through free riding on Montlick's goodwill and reputation and using that to attract and divert clients and client prospects from Montlick to Monge & Associates and/or other referral firms.

    Also, I specifically demand that ELM and others involved in the operation of personalinjurycare.net put a *litigation hold* in place and take all steps necessary to preserve and retain all documents, records, recordings, and electronically stored information ("ESI") which refer or relate to or evidence any of the practices and conduct referenced in this letter. This includes but is not limited to all documents, records, and ESI relating to

(1) purchase and/or use of the MONTLICK Marks and variations thereof as search engine advertising keywords to display personalinjurycare.net advertisements and ad links, or for purposes of search engine optimization in relation to personalinjurycare.net;

(2) purchase and/or use of the MONTLICK Marks and variations thereof as search engine advertising keywords to display Monge & Associates advertisements and ad links, or for purposes of search engine optimization in relation to any Monge & Associates websites (including www.mongeandassociates.com and www.becauseyouwanttowin.com);

Cody Bryant
January 23, 2017
Page 9

    (3) purchase and/or use of the MONTLICK Marks and variations thereof as search engine advertising keywords or for search engine optimization for or on behalf of any other lawyer or law firm (other than Monge & Associates);

    (4) the content of advertisements and ad links used in its search engine advertising done for personalinjurycare.net, Monge & Associates, and any other Georgia lawyer or law firm, including but not limited to those ads and ad links used in response to Google searches for the MONTLICK Marks;

    (5) all emails and other documents and ESI which reference Montlick, Montlick & Associates, the MONTLICK Marks, or the word "Montlick;"

    (6) training and scripts that ELM provides its staff and any outside call center for answering phones at personalinjurycare.net, Monge & Associates, or any other Georgia law firm;

    (7) texts or emails used to send contracts to client prospects in Georgia in which the text or email refers to personalinjurycare.net and/or does not identify Monge & Associates or another lawyer or law firm as the firm or lawyer on behalf of which the contract is sent, and all contract forms that have been used in connection therewith;

    (8) the relationship and affiliation between ELM and Monge & Associates, including but not limited to how Monge & Associates is involved in operations associated with personalinjurycare.net and the manner and number of case referrals made from that service to Monge & Associates;

    (9) call intake notes, transcripts, and recordings of phone calls made to personalinjurycare.net's 888-824-1151 call center phone number, and to other phone numbers that personalinjurycare.net uses for intake of calls from potential clients; and

    (10) call intake notes, transcripts, and recordings of phone calls made to Monge & Associates' 404-620-3535 phone number, and to other phone numbers that Monge & Associates uses for intake of calls from potential clients.

Montlick & Associates' trademarks and its goodwill and reputation are extremely valuable to it. Montlick cannot allow ELM to use the MONTLICK Marks in a manner that confuses and deceives the public and results in unjust enrichment to it and to the law firms to which it refers cases. Nor can it allow ELM or those firms to engage in the rest of their pattern of false, fraudulent, misleading, and/or deceptive conduct that confuses and deceives the public and harms Montlick and its goodwill and reputation. Accordingly, please contact me by no later than **Friday, February 3, 2017** to advise whether and to what extent you and ELM have complied and will comply with the demands made herein.

Cody Bryant
January 23, 2017
Page 10

    I can assure you that Montlick & Associates will take all necessary legal steps (including litigation which, if it needs to be filed, will be filed in Georgia) to protect its rights and to prevent you, ELM, and others involved in personalinjurycare.net from confusing and deceiving the public.

    PLEASE BE GOVERNED ACCORDINGLY.

Yours truly,

*Mark S. VanderBroek*

Cc: David Montlick, Esq.