# EXHIBIT "A"



montlick

ALL NEWS MAPS IMAGES VIDEOS

Call (855) 969-4996 - Personal Injury Attorneys

Ad www.personalinjurycase.attorney/

Let Us Fight on Your Behalf. Get the Money You Deserve!

Montlick & Associates - Over $1 Billion Recovered

Ad www.montlick.com/accident/attorney

Atlanta Injury Attorneys w/ Aggressive Legal Help. Call 24/7- Free Consultation!

Georgia Injury Lawyers · 24/7 Live Chat

Contact Us 24/7 · Personal Injury Cases

Call (800) 529-6333

Have Questions? Text Us!

85 89



3:44 PM 84%

google.com

montlick

ALL NEWS MAPS IMAGES VIDEOS SHOP

Call (855) 969-4996 - Personal Injury Attorneys

Ad www.personalinjurycase.attorney/

Let Us Fight on Your Behalf. Get the Money You Deserve!

montlick.com - Montlick & Associates - Atlanta Injury Attorneys

Ad www.montlick.com/accident/attorney

Over $1 Billion Recovered. Our Experience Pays! Call 24/7 For Free Consultation

Georgia Injury Lawyers · 24/7 Live Chat

Personal Injury Cases · Contact Us 24/7

Call (800) 529-6333

Have Questions? Text Us!

3:44 PM 64%

Google

montlick and associates

ALL MAPS NEWS VIDEOS IMAGES SHOP

Call (855) 969-4996 - Personal Injury Attorneys

Ad www.personalinjurycase.attorney/

Let Us Fight on Your Behalf. Get the Money You Deserve!

Abogado #1 Atlanta SETH BADER - Consulta GRATUITA Ahora Mismo - abogado8.com

Ad www.abogado8.com/AbogadoATL/AccidentesGA

Regístrese y Obtenga Consulta Sin Costo. Accidentes Laborales, Autos, Personales

Abogado Laboral Atlanta · Abogados Laborales

Hemos Reclamado Millones

Personal Injury Attorney - Steve Hoskins, 36 Years Exper - floridainjuryaccidentlawyer.com

Ad www.floridainjuryaccidentlawyer.com/

Board certified. Tough, aggressive. Free appointment. No fees unless we win.

Brain Injuries · Car Accidents · Wrongful Death Accidents

montlick & associates

montlick.com - Montlick & Associates - Atlanta Injury Attorneys

Ad www.montlick.com/accident/attorney

Over $1 Billion Recovered. Our Experience Pays!
Call 24/7 For Free Consultation
Trusted Since 1984 · 24/7 Live Chat

Contact Us 24/7

Personal Injury Cases

Auto & Truck Accidents

All Our Practice Areas

Call (800) 529-6333

4.1 mi · Atlanta · Executive Park Dr NE

Call (855) 969-4996 - Personal Injury Attorneys

Ad www.personalinjurycase.attorney/

Let Us Fight on Your Behalf. Get the Money You Deserve!

montlick law firm

ALL NEWS MAPS IMAGES VIDEOS

Montlick & Associates - Over $1 Billion Recovered

Ad www.montlick.com/accident/attorney

Atlanta Injury Attorneys w/ Aggressive Legal Help. Call 24/7- Free Consultation!
Services: Auto/Car, Truck, Motorcycle, Pedestrian...

All Our Practice Areas | Personal Injury Cases

Contact Us 24/7 | Auto & Truck Accidents

Call (800) 529-6333

Have Questions? Text Us!

Call (855) 969-4996 - Personal Injury Attorneys

Ad www.personalinjurycase.attorney/

Let Us Fight on Your Behalf. Get the Money You Deserve!