IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MONTLICK & ASSOCIATES, PC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:17-cv-01355-AT |
| EXCLUSIVE LEGAL MARKETING, | ) | |
| INC., and CODY BRYANT, | ) | |
| | ) | |
| Defendants. | ) | |

### CONSENT ORDER
### PERMITTING THE DEPOSITION OF CODY BRYANT PRIOR TO START OF DISCOVERY PERIOD

It appearing that the Plaintiff Montlick & Associates, PC ("Plaintiff") and the Defendants Exclusive Legal Marketing, Inc. and Cody Bryant ("Bryant") (collectively "Defendants"), through their counsel, consent and agree hereto, it is

HEREBY ORDERED that the Plaintiff shall be permitted to take the deposition of Mr. Bryant prior to the formal start of the discovery period in this case (which period has not yet started because of Defendants' pending Motions to Dismiss for Failure to State A Claim (Docs. 11 and 12)).

**SO ORDERED**, this 20ty day of October, 2017.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

CONSENTED TO BY:

| | |
|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH LLP | BMWIPLAW, LLC |
| s/*Mark S. VanderBroek* | s/*Robert M. Ward (with express permission)* |
| Mark S. VanderBroek | Robert M. Ward |
| Georgia Bar No. 724440 | Georgia Bar No. 775401 |
| Lucas A. Westby | 3455 Peachtree Road NE / Floor 5 |
| Georgia Bar No. 594008 | Atlanta, GA 30326 |
| 201 17th Street, NW / Suite 1700 | (404) 606-6480 (phone) |
| Atlanta, GA  30363 | rward@bmiplaw.com |
| (404) 322-6000 (phone) | |
| (404) 322-6050 (facsimile) | *Attorneys for Defendants Exclusive Legal Marketing, Inc., and Cody Bryant* |
| mark.vanderbroek@nelsonmullins.com | |
| lucas.westby@nelsonmullins.com | |

*Attorneys for Plaintiff Montlick & Associates, PC*