IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONTLICK & ASSOCIATES, PC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:17-cv-01355-AT |
| EXCLUSIVE LEGAL MARKETING, ) | |
| INC., and CODY BRYANT (aka ) | |
| COETY BRYANT), ) | |
| ) | |
| Defendants. ) | |

## JOINT WITHDRAWAL OF DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S MOTION FOR SANCTIONS

Come Now Plaintiff Montlick & Associates, PC ("Montlick") and Defendants Exclusive Legal Marketing, Inc. ("ELM") and Cody Bryant ("Bryant"), and hereby file this joint withdrawal of Defendants' Motions to Dismiss and Montlick's Motion for Sanctions. In support thereof, the parties show the Court as follows:

1. On May 17, 2017, Defendant ELM filed a Rule 12(b)(6) Motion to Dismiss (ECF No. 11), and on May 20, 2017, Defendant Bryant filed a Rule 12(b)(6) Motion to Dismiss (ECF No. 12) (collectively the "Motions to Dismiss").

2. On July 3, 2017, Montlick filed a Motion for Sanctions (ECF No. 20), contending that Defendants' filing of the Motions to Dismiss violated Rule 11(b).

3. On October 24, 2017, Montlick took the deposition of Defendant Bryant, after the Court entered a Consent Order (ECF No. 27) permitting this deposition prior to the formal start of the discovery period.

WHEREFOR, in light of Mr. Bryant's testimony and pursuant to the parties' resulting agreement to resolve the motions through a joint withdrawal:

1. Defendants hereby withdraw their Motions to Dismiss; and

2. Montlick hereby withdraws its Motion for Sanctions.

Respectfully submitted this 20th day of November, 2017.

| | |
|---|---|
| s/ *Mark S. VanderBroek* <br> Mark S. VanderBroek <br> Georgia Bar No. 724440 <br> Lucas A. Westby <br> Georgia Bar No. 594008 <br> NELSON MULLINS RILEY & SCARBOROUGH LLP <br> Atlantic Station / 201 17th Street, NW / Suite 1700 <br> Atlanta, GA 30363 <br> (404) 322-6000 (phone) <br> (404) 322-6050 (facsimile) <br> E-Mail: mark.vanderbroek@nelsonmullins.com <br> E-Mail: lucas.westby@nelsonmullins.com <br> Attorneys for Plaintiff Montlick & Associates, PC | s/ *Robert M. Ward* <br> Robert M. Ward (*with express permission*) <br> BMWIPLAW, LLC <br> 3455 Peachtree Road NE / Floor 5 <br> Atlanta, GA 30326 <br> (404) 606-6480 <br> rward@bmiplaw.com <br><br> Attorney for Defendants |

## **LOCAL RULE 7.1(D) CERTIFICATION**

The undersigned counsel for Plaintiff Montlick & Associates, PC, hereby certifies that the foregoing has been prepared with one of the font (Times New Roman) and point selections (14 pt) approved by the Court in Local Rule 5.1(B) and (C).

                         NELSON MULLINS RILEY &
                         SCARBOROUGH LLP

                         s/ *Mark S. VanderBroek*
                         Mark S. VanderBroek
                         Georgia Bar No. 724440

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONTLICK & ASSOCIATES, PC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXCLUSIVE LEGAL MARKETING, )<br>INC., and CODY BRYANT, )<br>)<br>Defendants. )<br>) | CIVIL ACTION FILE NO.<br>1:17-cv-01355-AT |

## CERTIFICATE OF SERVICE

I certify that on this 20th day of November, 2017, I electronically filed the foregoing **JOINT WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR SANCTIONS** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to Defendants' counsel to the email address referenced below:

Robert M. Ward
BMWIPLAW, LLC
3455 Peachtree Road NE / Floor 5
Atlanta, GA 30326
rward@bmiplaw.com

*/s/ Mark S. VanderBroek*
Mark S. VanderBroek
Georgia Bar No. 724440

4