IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MONTLICK & ASSOCIATES, PC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:17-cv-01355-AT |
| EXCLUSIVE LEGAL MARKETING, | ) | |
| INC., and CODY BRYANT (aka | ) | |
| COETY BRYANT), | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION

**IT APPEARING THAT** the Plaintiff Montlick & Associates, PC ("Montlick") and Defendants Exclusive Legal Marketing, Inc. ("ELM") and Cody Bryant (aka Coety Bryant) ("Bryant") have come to a compromise settlement of the claims alleged by Montlick in the above-styled action, and that, as part of that settlement, the parties, through their counsel of record, consent and agree to the entry of this Final Judgment and the relief herein.

**NOW, THEREFORE, IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**:

The Court makes the following findings of fact:

1)      Since 1996, Montlick has consistently and continuously used the MONTLICK & ASSOCIATES service mark (the "MONTLICK & ASSOCIATES Mark") and the MONTLICK service mark (the "MONTLICK Mark") (collectively the "MONTLICK Marks") to distinctively identify, market, advertise, and promote its law firm and the legal services that it provides.

2)      Montlick has obtained federal service mark registrations for both the MONTLICK & ASSOCIATES Mark, Registration No. 2658511, and the MONTLICK Mark, Registration No. 3957785, which registrations are in full force and effect.

3)      ELM operates or operated an online lead generation lawyer referral service to generate client leads for personal injury lawyers and law firms who paid ELM a fee for referral of leads.  Bryant is the President and Owner of ELM, and was involved in creating ELM's lead generation process.

4)      The steps involved in ELM's lead generation lawyer referral service process included the following:

a.      ELM bid on and purchased variations of the MONTLICK Marks (and those of other prominent personal injury firms) as Google search engine advertising keywords, and used them to generate online sponsored ads that

appeared when consumers searched for Montlick (or other firms) on Google on their smart phones;

      b.    ELM's resulting sponsored ads suggested that they were from a personal injury law firm such as Montlick, through statements such as "Georgia Car Injury Attorneys," "Georgia Personal Attorney Firm," "Let Our Lawyers Fight For You" and reference to www.personalinjurycare.net (later also www.personalinjurycase.attorney).  The ads did not identify any lawyer or law firm, or ELM, as the source of the ad, thus leaving consumers unable to discern its source or to determine that it was not an ad for Montlick (*see* example below)



c.    For a time during early 2017, Google searches for Montlick generated an ELM online ad for personalinjurycare.net that included the "MONTLICK & ASSOCIATES Mark in the ad caption, as illustrated below:



d.    ELM's online ads included a one-touch "click to call" button, that when touched automatically connected the user by phone to a call center operated by ELM;

e.    ELM intake personnel were trained to answer the phone with a generic greeting such as "personal injury office," so as to permit the caller to believe that he or she had contacted Montlick (or whatever firm they had searched for on Google).  If a caller asked about Montlick (or other firm searched for), ELM scripted its call reps to say things like "That is one of the

lawyers we can recommend you to.  Let me get a little information from you then you can know all your options;"

f.      After gathering information about a Georgia caller's accident, injuries, and insurance, ELM's intake personnel sent contracts to these prospective clients by text messages or emails shown as coming from "personalinjurycare.net," by which the clients would engage Monge & Associates, PC ("Monge") (which was the primary Georgia personal injury firm to whom ELM referred Georgia client leads).  The contracts identified Monge only in the fine print of the contract terms, and ELM asked the clients to e-sign the contract by clicking on the signature block on their phones.

5)      ELM regularly received calls from people in Georgia asking if they had reached Montlick, many of whom were confused and thought they called Montlick.

6)      ELM's purchases of the MONTLICK Marks as search engine advertising keywords used to generate sponsored advertisements that did not clearly identify the source of the sponsored advertisements were likely to cause confusion, mistake or deception in the persons who were searching for Montlick.

7)      ELM's sponsored advertisements that appeared in response to Internet searches for Montlick and other personal injury firms were likely to lead consumers

to incorrectly believe that the sponsor of the ad was a law firm licensed to practice law in Georgia.

8)   ELM's use of the MONTLICK Marks to generate its online sponsored advertisements for legal services which directed prospective clients to its call center constituted trademark infringement under 15 U.S.C. §§ 1114.

WHEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED that:

(1) final judgment be entered in favor of Montlick and against ELM and Bryant on Count I of Montlick's Complaint; and

(2) ELM and Bryant, and all of their respective officers, employees, shareholders, agents, and servants, and any other person acting in active concert or participation with them, are hereby permanently enjoined, directly or indirectly, from:

a.   All bidding on, purchase of, and running ads in response to any search engine keywords that consist of or include the MONTLICK & ASSOCIATES Mark, the MONTLICK Mark, or any other word or phrase that includes the term "Montlick" or common misspellings of "Montlick" (collectively the "MONTLICK Keywords"), as part of Internet search engine advertising or other advertising or promotion, through a lead generation program or lawyer referral service or through assisting a lawyer or law firm in any of these activities;

b.      Making any referral of legal cases that arise out of or result from online ads run in response to Internet searches for any MONTLICK Marks or MONTLICK Keywords;

c.      Using the MONTLICK Marks or MONTLICK Keywords in connection with any type of advertising, promotion, display, sale or marketing programs for lawyers or legal services;

d.      Making lawyer ranking comparisons, or other comparisons, between Montlick and other law firms;

e.      Otherwise using or misusing the MONTLICK Marks, any other trademarks of Montlick, any Montlick trade dress (including but not limited to the office backgrounds used in Montlick's advertisements, websites, or public service programming), any mark or trade dress that is confusingly similar to the MONTLICK Marks or to any Montlick trade dress, Montlick's copyrighted materials (including but not limited to materials on Montlick's website, advertisements, or printed materials), and other Montlick intellectual property; and

f.      engaging in false and misleading advertising, or any other misleading or deceptive conduct, directed towards Montlick or Montlick's clients or potential clients.

3)      This Consent Final Judgment and Permanent Injunction shall be and is a final judgment in this case that resolves all claims alleged in the Complaint. Montlick's Counts II through V, and its claims for monetary relief and attorneys' fees and costs, are hereby DISMISSED with prejudice.

4)      Each party shall bear its or his own costs and attorneys' fees.

IT IS SO ORDERED, this 29th day of May, 2018.

**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

Consented to by:

| | |
|---|---|
| s/ *Mark S. VanderBroek* | s/ *Robert M. Ward* |
| Mark S. VanderBroek | Robert M. Ward *(with express permission)* |
| Georgia Bar No. 724440 | BMWIPLAW, LLC |
| Lucas A. Westby | 3455 Peachtree Road NE / Floor 5 |
| Georgia Bar No. 594008 | Atlanta, GA 30326 |
| NELSON MULLINS RILEY & | (404) 606-6480 |
| SCARBOROUGH LLP | rward@bmiplaw.com |
| Atlantic Station / 201 17th Street, NW / | |
| Suite 1700 | Attorney for Defendants |
| Atlanta, GA 30363 | |
| (404) 322-6000 (phone) | |
| (404) 322-6050 (facsimile) | |
| E-Mail: | |
| mark.vanderbroek@nelsonmullins.com | |
| E-Mail: | |
| lucas.westby@nelsonmullins.com | |
| Attorneys for Plaintiff Montlick & | |
| Associates, PC | |